Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-481

**Effective Date of Registration:**
September 03, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Manipulator of Black Holes

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 09, 2016
**Nation of 1st Publication:** Germany

## Author

- **Author:** Nadine Spengler
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Nadine Spengler
Konstanzer Str. 14, Cologne, 51107, Germany

## Rights and Permissions

**Name:** Nadine Spengler
**Email:** nat@nat-4rts.de
**Address:** Konstanzer Str. 14
Cologne 51107 Germany

## Certification

**Name:** David Denholm
**Date:** September 03, 2025
**Applicant's Tracking Number:** NS2025090301

Page 1 of 2

**Correspondence:** Yes

