**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NADINE SPENGLER,

    Plaintiff,                                   Case No.: 1:26-cv-04974

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | zhiyueda001 |
| 2 | HRSMYXGS |
| 3 | WeiWeiZhang01 |
| 4 | HENGYe Direct |
| 5 | jinzhongchaochengshangmaoyouxiangongsi |
| 6 | luckshuai-us |
| 7 | HK LILI BEAUTY TECHNOLOGY LIMITED. |
| 8 | chen yu xi de dian pu |
| 9 | XianYouXianBangTouLinYuHangGongYiPinShangDian |
| 10 | Cumagical Print |
| 11 | Jusajusalo |
| 12 | SaniMore |
| 13 | NyZxCo |
| 14 | TrendyPrintPlayer |
| 15 | XianHuiFushi |
| 16 | cdcink |
| 17 | FENM |
| 18 | ZHUANGTU |
| 19 | XUANKIEEM |
| 20 | bendikong Tshirt two |
| 21 | QAJ FASHION |
| 22 | ZHANGHK |
| 23 | Smart selection of highqualit |
| 24 | WinzoCrossi JMDT |
| 25 | OuguanTWO |

1

| 26 | xj Mens Clothing DC |
| 27 | Lai Kitten Clothing two |
| 28 | kelinup |
| 29 | AA Euphoria Emporium |
| 30 | JollySpaces |
| 31 | ZHANGY yaoljkjl |
| 32 | MX tablet case |
| 33 | My Tee Zone |
| 34 | QQFFFFF |
| 35 | YEX BKBF |
| 36 | FashGoGo |
| 37 | dahaofushi |
| 38 | FUYULIANG |
| 39 | CYnyygglwcc |
| 40 | XZWL Langhua Jinxiu |
| 41 | FQ C ZGY |
| 42 | CloverCottage |
| 43 | YYXS A HLW |
| 44 | Raw Vibes |
| 45 | LoftLiving |
| 46 | XZWL Art attack |
| 47 | FutureStore |
| 48 | UpcycledHome |
| 49 | C Home Textiles E |
| 50 | nnnxd |
| 51 | SolarSanctuary |
| 52 | Lucky Bull Home Textiles |
| 53 | Mbo Art Space |
| 54 | CHEN Blanket St |
| 55 | TSkkjkx |
| 56 | T dreamscape |
| 57 | YuYuHomeshop |
| 58 | SA HOME LIFE |
| 59 | A Good luck art |
| 60 | The best painting |
| 61 | yaoshengsh |
| 62 | LH Flourishes |
| 63 | HEY KT |
| 64 | Jx GlobalTrove |
| 65 | AAAAA diamond painting |
| 66 | ZAMysterious Surprise |

2

| | |
|---|---|
| 67 | HuXT |
| 68 | KoiDiamondCo |
| 69 | MONWELL |
| 70 | CCH wall art |
| 71 | HeMiaoHXT |
| 72 | TO phone case |
| 73 | JF Case |
| 74 | HaKuna Matatata |
| 75 | Good fortune MX |
| 76 | Quiet and elegant ART |
| 77 | Warm Embrace Blanket |
| 78 | oafz5513 |
| 79 | estb4132 |