**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nadine Spengler

                                     Plaintiff,

v.                                              Case No.:
1:26–cv–04974

Honorable Charles P.
Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: No defendant in this case has filed an appearance or a response to the Motion for Preliminary Inunction. Plaintiff's Motion for Preliminary Injunction [24] is granted. Enter Preliminary Injunction Order. The Clerk is directed to unseal Exhibit 2 to the Declaration of Nadine Spengler [15] and the TRO [18]. Plaintiff's law firm is hereby ordered to add ALL defendant names listed in the Schedule A to the docket within three (3) business days. Instructions can be found at https://www.ilnd.uscourts.gov/_assets/_documents/_ forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. A status report is due by 7/6/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.