## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

NADINE SPENGLER,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04974

Judge Charles P. Kocoras

Magistrate Judge Jeannice W. Appenteng

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 30, 2026, at 9:50 a.m., Plaintiff, by

Plaintiff's counsel, shall appear by remote means before the Honorable Judge Charles P. Kocoras

of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for

Entry of Default and Default Judgment against the Defendants Identified in the First Amended

Schedule A.

      Appearances in court will be required. The presentment date is for tracking purposes only.

DATED: June 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.