## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Nadine Spengler

                        Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                        Defendant.

Case No.:
1:26–cv–04974

Honorable Charles P. Kocoras

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 18, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Per Plaintiff's Notice of Voluntary Dismissal [32], all claims in this action against Defendants HRSMYXGS, KoiDiamondCo, NyZxCo, SaniMore, Warm Embrace Blanket, WeiWeiZhang01, oafz5513, Cumagical Print and FutureStore are dismissed without prejudice. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.