**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nadine Spengler

                               Plaintiff,

v.
                                           Case No.:
                                           1:26–cv–04974

                                           Honorable Charles P.
                                           Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 24, 2026:

     MINUTE entry before the Honorable Charles P. Kocoras: The status report ordered due on 7/6/2026 is stricken. A status report remains due on 7/8/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.