**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nadine Spengler

                                                    Plaintiff,

v.                                                                      Case No.:
                                                                        1:26–cv–04974

                                                                        Honorable Charles P.
                                                                        Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2026:

        MINUTE entry before the Honorable Charles P. Kocoras: Per Plaintiff's Notice of
Voluntary Dismissal [41], all claims in this action against Defendant OuguanTWO (25)
are dismissed without prejudice. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.