**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NADINE SPENGLER,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-04974

Judge Charles P. Kocoras

Magistrate Judge Jeannice W. Appenteng

**STATUS REPORT**

Pursuant to Minte Entry Order [44], Plaintiff, NADINE SPENGLER ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On July 7, 2026, Plaintiff filed a status report regarding Plaintiff's investigation of the defendants' addresses pursuant to this Court's Minute Entry Orders [38] and [40], and requesting an additional forty-five (45) days to file a renewed motion for default judgment or status report so that Plaintiff may discuss settlement with certain Defendants. *See* [43]. Since then, Plaintiff has settled with and dismissed a number of Defendants. *See* [45] and [47]. Negotiations remain ongoing with several others. Plaintiff is also continuing research for her renewed motion for default judgment under *Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co.*, 2026 WL 1502198 (7th Cir. May 29, 2026) in light of recent orders in similar cases. In the interest of judicial efficiency, Plaintiff respectfully requests an additional twenty-one (21) days to file a renewed motion so that Plaintiff can continue negotiations and, if appropriate, dismiss these defendants.

DATED: August 24, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 24, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt