**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NADINE SPENGLER,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-04974

Judge Charles P. Kocoras

Magistrate Judge Jeannice W. Appenteng

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendants |
|---|---|
| 1 | zhiyueda001 |
| 5 | jinzhongchaochengshangmaoyouxiangongsi |
| 6 | luckshuai-us |
| 7 | HK LILI BEAUTY TECHNOLOGY LIMITED. |
| 9 | XianYouXianBangTouLinYuHangGongYiPinShangDian |
| 11 | Jusajusalo |
| 15 | XianHuiFushi |
| 16 | cdcink |
| 19 | XUANKIEEM |
| 20 | bendikong Tshirt two |
| 21 | QAJ FASHION |
| 23 | Smart selection of highqualit |
| 24 | WinzoCrossi JMDT |
| 26 | xj Mens Clothing DC |
| 28 | kelinup |
| 29 | AA Euphoria Emporium |
| 30 | JollySpaces |
| 31 | ZHANGY yaoljkjl |
| 32 | MX tablet case |
| 33 | My Tee Zone |
| 34 | QQFFFFF |

| | |
|---|---|
| 35 | YEX BKBF |
| 36 | FashGoGo |
| 37 | dahaofushi |
| 38 | FUYULIANG |
| 39 | CYnyygglwcc |
| 40 | XZWL Langhua Jinxiu |
| 41 | FQ C ZGY |
| 42 | CloverCottage |
| 43 | YYXS A HLW |
| 45 | LoftLiving |
| 46 | XZWL Art attack |
| 48 | UpcycledHome |
| 49 | C Home Textiles E |
| 50 | nnnxd |
| 51 | SolarSanctuary |
| 52 | Lucky Bull Home Textiles |
| 53 | Mbo Art Space |
| 54 | CHEN Blanket St |
| 55 | TSkkjkx |
| 56 | T dreamscape |
| 57 | YuYuHomeshop |
| 58 | SA HOME LIFE |
| 59 | A Good luck art |
| 60 | The best painting |
| 61 | yaoshengsh |
| 62 | LH Flourishes |
| 63 | HEY KT |
| 64 | Jx GlobalTrove |
| 65 | AAAAA diamond painting |
| 66 | ZAMysterious Surprise |
| 69 | MONWELL |
| 70 | CCH wall art |
| 72 | TO phone case |
| 73 | JF Case |
| 74 | HaKuna Matatata |
| 75 | Good fortune MX |
| 76 | Quiet and elegant ART |
| 79 | estb4132 |

This terminates the action.

DATED: September 23, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 23, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt